UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Kari Raspanti

                Plaintiff,

v.                                                   Case No.: 1:22–cv–03610
                                                     Honorable Nancy L. Maldonado

Jones Day, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 28, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court is in receipt of the parties' joint motion for extension of time [36], in which the parties report that they have reached a full settlement and are finalizing written settlement agreements. The motion is granted to the extent that the Court strikes the 03/01/2023 deadline for Defendants to provide a written response to Plaintiff's settlement demand, and strikes the 02/24/2023 deadline for Plaintiff to file a motion for leave to file an amended complaint. By 03/29/2023, if the parties have not filed a stipulation of dismissal, they should file a joint status report updating the Court on the status of the parties' settlement. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.